# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| GREGORY GARABITO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00252-LSC-HNJ |
| ) | |
| DAVID RIVERA, I.C.E. Field Officer ) | |
| Director, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on September 23, 2018, recommending Respondents' motion to dismiss be granted and the petition be dismissed as moot based on Petitioner's removal to the Dominican Republic. (Doc. 18). Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss (doc. 17) is due to be granted and the petition is due to be dismissed.

1

A separate order will be entered.

**DONE** AND **ORDERED** ON October 10, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704